OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵
DEC 18 2014
MAILED FROM ZIP CODE 78701
0004279596
02 1M

WR-71,304-03

Abel Acosta, Clerk

12/15/2014
CLAYTON, GREGORY LEE
Tr. Ct. No. 444315-C
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

GREGORY LEE CLAYTON